IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID FURTADO GRAY, | * | |
| Petitioner | | |
| v. | * | CIVIL ACTION NO. AMD-07-267 |
| UNITED STATES OF AMERICA, | * | |
| Respondent | | |
| | *** | |

MEMORANDUM

David Furtado Gray ("Gray"), an inmate confined at the United States Penitentiary in Jonesville, Virginia, filed five pages of documents which were received by the court on January 26, 2007. ( Neither the civil filing fee nor a *forma pauperis* motion accompanied the document.) Gray describes himself as a secured party creditor, debtor, and attorney-in-fact. He asks the Clerk to file a self-prepared 1099 federal tax form in his underlying criminal case.[1] Gray claims that he has mailed the form, which references an amount of $606, 714.96 in federal income tax withheld, to the Internal Revenue Service.

The nature of the cause of action is indecipherable. Gray's "notice" fails to make out a claim under this court's habeas corpus or federal question jurisdiction. His cause of action shall therefore be dismissed by separate Order.[2]

Date: February 7, 2007

\_/s/_____
Andre M. Davis
United States District Judge

---

[1] In *United States v. Gray*, Crim. No. AMD-95-0364, a jury convicted Gray of murder in aid of racketeering activity in violation of 18 U.S.C. § 1959(a)(1) and a related count under 18 U.S.C. § 924(c). He was sentenced to life plus five years. The judgment was affirmed by the United States Court of Appeals for the Fourth Circuit. *See United States v. Gray*, 137 F.3d 765 (4th Cir. 1998).

[2] In light of questions surrounding the submitted tax form, a copy of Paper No. 1, this Memorandum, and the separate Order shall be forwarded to the Office of the United States Attorney for the District of Maryland for whatever action is deemed appropriate by that office or the Bureau of Prisons.